# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 20, 2008

Charles R. Fulbruge III
Clerk

No. 08-40227
Summary Calendar

YAKOV ELMAKISS

Plaintiff-Appellant

v.

RUTH MARIE ELMAKISS, ELABELL HOLMES, KAREN HUGHES,
MITCHELL COLLINS, JUDGE RANDALL ROGERS, STATE OF TEXAS,
and BULLARD INDEPENDENT SCHOOL DISTRICT

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
(6:07-CV-136)

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

For the reasons stated in the district court and magistrate judge's well-reasoned opinions and orders, we affirm the judgement of the district court dismissing the plaintiff's claims with prejudice.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.